BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 10-0795 JCS |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] **STIPULATED ORDER CONTINUING HEARING** |
| v. | ) | **Current Hearing Date: January 28, 2011** |
| BILLY HOK TANG BUT, | ) | **Time: 10:30 a.m.** |
| Defendant. | ) | **Proposed Hearing Date: February 4, 2011** |
|  | ) | **Time: 10:30 a.m.** |

The above-captioned case is currently scheduled for a change of plea hearing on Friday, January 28, 2011 at 10:30 a.m. The defendant requires additional time to review the matter with an interpreter. Accordingly, the parties now jointly request that the hearing be continued to Friday, February 4, 2011 at 10:30 a.m.

IT IS SO STIPULATED.

Dated:   January 27, 2011        ____/s/_____
                                  RONALD C. TYLER
                                  Assistant Federal Public Defender

Dated:   January 27, 2011        ____/s/_____
                                  ACADIA L. SENESE
                                  Special Assistant United States Attorney

[~~PROPOSED~~] STIPULATED ORDER
CONTINUING HEARING;
*U.S. v. Billy But,* CR 10-0795 JCS            1

1 **[~~PROPOSED~~] ORDER**

2     For good cause shown, this matter shall be continued to Friday, February 4, 2011 at

3 10:30 a.m.

4

5 **IT IS SO ORDERED.**

6

7 Dated:  1/27/11  _____      _____

    THE HONORABLE JOSEPH C. SPERO

8     UNITED STATES MAGISTRATE JUDGE

*(Signature and seal of Judge Joseph C. Spero)*